IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED TRANSPORTATION UNION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL NO. 05-603-GPM |
| ) | |
| BROTHERHOOD OF LOCOMOTIVE ) | |
| ENGINEERS AND TRAINMEN and ) | |
| CANADIAN NATIONAL RAILROAD ) | |
| COMPANY (ILLINOIS CENTRAL), ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT IN A CIVIL CASE

This action came before the Court on a stipulation for dismissal signed by all parties pursuant to Federal Rule of Civil Procedure 41(a)(1).  *Doc. 38.*

**IT IS ORDERED AND ADJUDGED** that all claims in this action are **DISMISSED with prejudice** pursuant to the parties' stipulation.  The parties shall bear their own costs and attorney's fees.

**DATED**: 3/24/2006

                                              NORBERT G. JAWORSKI, CLERK

                                              By:  s/ Linda M. Cook
                                                    Deputy Clerk

APPROVED:  s/ G. Patrick Murphy
                    G. PATRICK MURPHY
                    CHIEF U.S. DISTRICT JUDGE